**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

**Dell'Italia, Affinito & Santola**
**18 Tony Galento Plaza**
**Orange, NJ   07050**
**(973) 672-8000**
**JPD1617**

| | |
|---|---|
| In Re:<br><br>RICHARD SOSA | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CHAPTER 13<br><br>CASE NO: 19-32671 SLM<br><br>CERTIFICATION IN RESPONSE TO THE SECURED CREDITOR'S OBJECTION TO CONFIRMATION |

John P. Dell'Italia, Esq., hereby certifies as follows:

1. I am an attorney in the State of New Jersey and I represent the debtor Richard Sosa and as such I am fully familiar with the facts and circumstances described in this action.

2. I make this Certification in response to the  Objection of the Plan filed by Bank of new York for the February 26, 2020 confirmation hearing.

3. The plan has been amended to $820.00 to cure the total arrears due to the secured creditor Bank of New York.  The disposable income is still sufficient to cover the shortage and amended plan.

4. In light of the amendments and certifications by counsel and the debtors, we pray the Secured Creditor Bank of New York withdraws the objection and the Court confirm the plan on February 26, 2020.

The foregoing statements made by me are true; I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

January 13, 2020

                                                        /s/John P. Dell'Italia, Esq.