Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−32671−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Richard Sosa
  511 PURCE STREET
  HILLSIDE, NJ 07205

Social Security No.:
  xxx−xx−2221

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 12/4/19 and a confirmation hearing on such Plan has been scheduled for 2/26/20 @ 8:30 a.m..

The debtor filed a Modified Plan on 1/13/20 and a confirmation hearing on the Modified Plan is scheduled for 2/26/20 @ 8:30 a.m.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: January 27, 2020
JAN: smz

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                                    Case No. 19-32671-SLM
Richard Sosa                                                              Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1               Date Rcvd: Jan 27, 2020
                              Form ID: 186             Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2020.
db             +Richard Sosa,    511 PURCE STREET,    HILLSIDE, NJ 07205-1714
518603072      +ACUTE CARE SURGICAL ASSOCIATES,     155 MORRIS AVENUE SUITE 204,    Springfield, NJ 07081-1224
518603073      +ADVANCES SURGICAL ASSOCIATES,     155 MORRIS AVENUE SUITE 204,    Springfield, NJ 07081-1224
518603074      +AHS HOSPITAL,    ANTHONY J. ILER, ESQ.,    17 PROSPECT STREET,    MORRISTOWN, NJ 07960-6862
518603075      +AMERICAN ANESTHESIOLOGY OF NEW JERSEY,     PO BOX 88087,   Chicago, IL 60680-1087
518603076      +ELIZABETH SURGICAL GROUP,     155 MORRIS AVENUE SUTIE 204,    Springfield, NJ 07081-1225
518603077      +OVERLOOK HOSPITAL,    PO Box 35611,    Newark, NJ 07193-5611
518603078      +SPECIALIZED LOAN SERVICING,     PO BOX 636007,   LITTLETON, CO 80163-6007
518603079      +SPORTSCARE OF AMERICA PC,     PO BOX 788,   Winter Park, FL 32790-0788
518603080      +THE BANK OF NEW YORK MELLON FKA THE BANK,     RAS CITRON,   130 CLINTON ROAD SUITE 202,
                 FAIRFIELD, NJ 07004-2927
518603081      +THE STATE OF NEW JERSEY,    DIVISION OF TAXATION,    PO BOX 1009,    Moorestown, NJ 08057-0909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 28 2020 00:26:07     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 28 2020 00:26:05     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                                 TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                                     Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
               2006-25 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John P. Dell'Italia    on behalf of Debtor Richard  Sosa johnpdell@aol.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```