| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br> **Marie-Ann Greenberg MAG-1284** <br> **Marie-Ann Greenberg, Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** |

IN RE:

RICHARD SOSA

Case No.:  19-32671

Adv. No.:

Hearing Date:  12/08/2021

Judge:  SLM

### CERTIFICATION OF SERVICE

1.  I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2.  On, 11/02/2021, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Notice of Motion to Dismiss**

3.  I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
RICHARD SOSA
511 PURCE STREET
HILLSIDE, NJ  07205
Mode of Service:  Regular Mail

Attorney for Debtor(s):
JOHN P. DELL'ITALIA
DELL'ITALIA AFFINITO & SANTOLA
18 TONY GALENTO PLAZA
ORANGE, NJ  07050
Mode of Service:  ECF and/or Regular Mail

Dated:  November 02, 2021

By:   /S/  Jessica Antoine
Jessica Antoine