Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−32671−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard Sosa
   511 PURCE STREET
   HILLSIDE, NJ 07205

Social Security No.:
   xxx−xx−2221

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/10/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 10, 2022
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Richard Sosa  
    Debtor

Case No. 19-32671-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Feb 10, 2022      Form ID: 148      Total Noticed: 16

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Sosa, 511 PURCE STREET, HILLSIDE, NJ 07205-1714 |
| 518603072 | + | ACUTE CARE SURGICAL ASSOCIATES, 155 MORRIS AVENUE SUITE 204, Springfield, NJ 07081-1224 |
| 518603073 | + | ADVANCES SURGICAL ASSOCIATES, 155 MORRIS AVENUE SUITE 204, Springfield, NJ 07081-1224 |
| 518603074 | + | AHS HOSPITAL, ANTHONY J. ILER, ESQ., 17 PROSPECT STREET, MORRISTOWN, NJ 07960-6862 |
| 518603075 | + | AMERICAN ANESTHESIOLOGY OF NEW JERSEY, PO BOX 88087, Chicago, IL 60680-1087 |
| 518603076 | + | ELIZABETH SURGICAL GROUP, 155 MORRIS AVENUE SUTIE 204, Springfield, NJ 07081-1225 |
| 518684315 | | Emergency Physician Associate N. Jersey PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 518603077 | + | OVERLOOK HOSPITAL, PO Box 35611, Newark, NJ 07193-5611 |
| 518603078 | + | SPECIALIZED LOAN SERVICING, 6200 S. Quebec Street, Greenwood Village , CO 80111-4720 |
| 518603079 | + | SPORTSCARE OF AMERICA PC, PO BOX 788, Winter Park, FL 32790-0788 |
| 518841496 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518603080 | + | THE BANK OF NEW YORK MELLON FKA THE BANK, RAS CITRON, 130 CLINTON ROAD SUITE 202, FAIRFIELD, NJ 07004-2927 |
| 518603081 | + | THE STATE OF NEW JERSEY, DIVISION OF TAXATION, PO BOX 1009, Moorestown, NJ 08057-0909 |
| 518709148 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 10 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 10 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 10, 2022 | Form ID: 148 | Total Noticed: 16 |
| Date: Feb 12, 2022 | Signature:    /s/Joseph Speetjens | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-25 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John P. Dell'Italia | on behalf of Debtor Richard Sosa johnpdell@aol.com  Thegreycliffs@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4